# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 02, 2016

Ms. Allison Christine Reppond
Rob Wiley, P.C.
2613 Thomas Avenue
Dallas, TX 75204

      No. 16-11174    Lonny Acker v. General Motors, L.L.C.
                            USDC No. 4:15-CV-706

Dear Ms. Reppond,

The following pertains to your brief electronically filed on December 1, 2016.

You must submit the 7 paper copies of your brief required by 5TH CIR. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Nancy F. Dolly, Deputy Clerk
                                        504-310-7683

cc:
    Mr. John Bridges Brown
    Ms. Stephanie Johnson Manning